969 A.2d 1069

IN THE MATTER OF JOSEPH J. LAROSA,
AN ATTORNEY AT LAW.

April 6, 2009.

## ORDER

This matter having been duly presented to the Court on the application of **JOSEPH J. LaROSA,** who was admitted to the bar of this State in 1993, to be transferred to disability inactive status pursuant to *Rule* 1:20–12(e), and good cause appearing;

It is ORDERED that **JOSEPH J. LaROSA,** is hereby transferred to disability inactive status, effective immediately pending proceedings pursuant to *Rule* 1:20–12(d) to determine the incapacity, and until the further Order of the Court; and it is further

ORDERED that **JOSEPH J. LaROSA,** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **JOSEPH J. LaROSA,** comply will *Rule* 1:20–20 governing incapacitated attorneys; and it is further

ORDERED that the disciplinary proceedings against **JOSEPH J. LaROSA** are hereby deferred pending determination of the incapacity and until the further Order of the Court.